**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00444-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     **DENNIS EUGENE RODEBAUGH, d/b/a D&S GUIDE & OUTFITTER,** and
2.     BRIAN DOUGLAS KUNZ,

    Defendants.

---

## ORDER GRANTING IN PART AND DENYING IN PART MOTION TO CLARIFY

---

This matter is before the Court on Defendant Rodebaugh's "Motion to Clarify Court's Setting Order," which he filed on April 2, 2012. (Doc. # 253.) The motion seeks clarification regarding the motions hearing set for June 15, 2012. (*Id.* at 3.) The Court grants the motion in part and denies it in part, as follows.

The docket mistakenly lists the hearing as a "Non-Evidentiary Motions Hearing." (Doc. # 246.) Indeed, the hearing will be an **evidentiary** one on the following five motions filed by Defendant:

- "Request for Pretrial Notice of 404(b) Evidence" (Doc. # 62);

- "Motion to Suppress Search Warrant" (Doc. # 66);

- "Supplemental Motion to Suppress Search Warrant" (Doc. # 147);

- "Second Supplemental Motion to Suppress Search Warrant (Docket # 66), Statements, Search of Motor Vehicle and the Fruits Therefrom" (Doc. # 238); and

- "Motion to Suppress and/or to Dismiss as a Result of the Willful and Intentional Destruction of Evidence and Prejudicial Delay in the Presentment to the Grand Jury and in Obtaining an Indictment and Selective and Vendictive [sic] Prosecution" (Doc. # 79).

Because only these five motions require an evidentiary hearing, the Court disagrees with Defendant that the hearing will take longer than the day for which it is scheduled.[1]

Accordingly, Defendant's "Motion to Clarify Court's Setting Order" (Doc. # 253) is GRANTED IN PART to the extent that the hearing will be an evidentiary one and DENIED IN PART to the extent that the hearing will not be set for longer than one day.

DATED: May   16  , 2012

BY THE COURT:

*[signature: Christine M. Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge

---

[1] The other pending motions in this case will be addressed either by written order or, for those motions raising *James* or *Daubert* issues, by oral order at the August 6, 2012 hearing.