**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00444-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    DENNIS EUGENE RODEBAUGH, d/b/a D&S GUIDE & OUTFITTER,** and
2.    BRIAN DOUGLAS KUNZ,

    Defendants.

---

**ORDER REGARDING SUBPOENA ISSUES**

---

This matter is before the Court on (1) the "Motion to Quash Subpoena Duces Tecum" (Doc. # 174), filed on July 20, 2011, by the Colorado Department of Natural Resources, Division of Parks and Wildlife ("Parks and Wildlife") and Bob Thompson, Assistant Chief of Law Enforcement – Operation Game Thief Coordinator for Parks and Wildlife, and (2) the "Motion to Strike and Response to Motion to Quash Subpoena Duces Tecum Filed by the Colorado Department of Natural Resources, Division of Parks and Wildlife ("Parks and Wildlife") and Bob Thompson, Assistant Chief of Law Enforcement – Operation Game Thief Coordinator" (Doc. # 181), filed on August 8, 2011, by Defendant Rodebaugh. For the following reasons, the latter motion is granted in part and denied in part, and the former motion is denied as moot.

These motions arose following the Court's June 29, 2011 "Order Denying without Prejudice Defendant's Motion to Take Depositions Pursuant to Fed. R. Crim. P. Rule

15, Directing Issuance of Certain Subpoenas Duces Tecum in Forma Pauperis, and Directing Defendant Rodebaugh to Re-Submit Appropriately Titled Subpoenas Duces Tecum." (Doc. # 148.) In that Order, the Court authorized the issuance of subpoenas *duces tecum* to several third parties, including "Division of Wildlife Manager Bob Thompson," but directed Defendant "to prepare his own subpoenas" so as to make clear to the recipients that they were commanded only to produce documents and not also to testify. (*Id.* at 5-6.) Defendant submitted a subpoena addressed to:

> Robert Paul Thompson, a/k/a Robert P. Thompson, a/k/a Bob Thompson, aka Rob Thompson,
> Division of Wildlife Manager and
> Registered Agent for Operation Game Thief
> Colorado Division of Wildlife
> 6060 Broadway
> Denver, Colorado 80216

(Doc. # 174-1.)

The Colorado Attorney General's Office, on behalf of Parks and Wildlife and Thompson, filed a "Motion to Quash Subpoena Duces Tecum," asserting that the subpoena "is overbroad and is nothing more than a request to undertake a fishing expedition." (Doc. # 174 at 3.) In response, Defendant requests that the Court either strike the Motion or grant him leave to withdraw the subpoena. (Doc. # 181 at 8.) Both requests stem from Defendant's assertions that, although the subpoena plainly included Thompson's role as "Division of Wildlife Manager," Defendant intended to target

Thompson only as "Registered Agent for a private organization" (*i.e.*, Operation Game Thief) and that "[t]he Colorado Attorney General is without any authority to represent a private party . . . ." (*Id.* at 1-2.)

The Court grants Defendant "leave to withdraw any service of the subpoena," as he suggests. (*Id.* at 2.) As such, the "Motion to Quash Subpoena Duces Tecum" (Doc. # 174) is rendered moot, as is Defendant's request to strike that Motion (*see* Doc. # 181 at 8).

Given the progression of this case, as well as the time that has lapsed since these issues were raised, the Court has concerns as to the relevancy of the information Defendant sought in the subpoena. Therefore, if Defendant moves for the issuance of a new subpoena, he shall explain with specificity the relevance of the information requested given the current posture of this case. Additionally, he shall further explain why he believes Thompson would possess, in his individual capacity, the information that the subpoena seeks.

Accordingly, and for the foregoing reasons, the Court ORDERS that the "Motion to Strike and Response to Motion to Quash Subpoena Duces Tecum Filed by the Colorado Department of Natural Resources, Division of Parks and Wildlife ("Parks and Wildlife") and Bob Thompson, Assistant Chief of Law Enforcement – Operation Game Thief Coordinator" (Doc. # 181), filed on August 8, 2011, by Defendant Rodebaugh, be GRANTED IN PART to the extent that Defendant is permitted leave to withdraw the subpoena, and DENIED in all other respects. It is

FURTHER ORDERED that the "Motion to Quash Subpoena Duces Tecum" (Doc. # 174), filed on July 20, 2011, by Parks and Wildlife and Thompson, be DENIED AS MOOT.

DATED: May __18__, 2012

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge