# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 10-cr-00444-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     DENNIS EUGENE RODEBAUGH,
       d/b/a D&S GUIDE & OUTFITTER, and
2.     **BRIAN DOUGLAS KUNZ**,

    Defendants.

## ORDER REGARDING DEFENDANT'S MOTION FOR TRAVEL EXPENSES

This matter is before the Court on Defendant Kunz's "Motion for Order Directing United States Marshal Service to Arrange Non-Custodial Transportation and Subsistence Expenses." (Doc. # 351.) Defendant Kunz, who lives in Augusta, Wisconsin, asserts that, under 18 U.S.C. § 4285, the Court should direct the United States Marshal Service to arrange, or otherwise pay for, Defendant's transportation, lodging, and subsistence expenses associated with attending the trial in this matter, which will be held in Denver, Colorado, because he has "has been deemed indigent and is financially unable to pay for the round-trip expenses . . . ." (*Id.* at 1.)

However, for the Court to discharge its statutory duty of conducting an appropriate inquiry into Defendant's financial situation before deciding whether to disburse funds under 18 U.S.C. § 4285, the Court needs Defendant's current financial information.

Accordingly, it is ORDERED that Defendant submit an UPDATED FINANCIAL AFFIDAVIT by 9 a.m. on Monday, August 27, 2012.

DATED: August 22, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge