# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 10-cr-00444-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     DENNIS EUGENE RODEBAUGH, d/b/a D&S GUIDE & OUTFITTER,

    Defendant.

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Doc. # 491). The Court having reviewed said Motion FINDS as follows:

THAT the United States commenced this action pursuant to 16 U.S.C. § 3374(a)(2)(A), as set forth in the Indictment returned on August 24, 2010;

THAT a Preliminary Order of Forfeiture was entered on October 16, 2012;

THAT all known interested parties were provided an opportunity to respond, that publication has been effected as required by 21 U.S.C. § 853(n), that no Petition for Ancillary Hearing has been filed by any petitioner, and that the time for so doing has expired;

THAT it further appears there is cause to issue a forfeiture order under 16 U.S.C. § 3374(a)(2)(A).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following subject Property shall enter in favor of the United States pursuant to 16 U.S.C. § 3374(a)(2)(A), free from the claims of any other party:

    a.    One green Suzuki ATV with Colorado registration number AY9191 and vehicle identification number JSAAK43QX12111410;

    b.    One red Suzuki ATV with Colorado registration number AW9888 and vehicle identification number 5SAAK46K4371086523; and

    c.    One black ATV trailer with Colorado license plate number 882-HWJ and vehicle identification number 1PUS12193S322903.

THAT the United States shall have full and legal title to the subject Property, and may dispose of it in accordance with law.

SO ORDERED this __4th__ day of April, 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge